**DEPARTMENT OF HEALTH & HUMAN SERVICES** Office of the Secretary

Departmental Appeals Board, MS 6127
Medicare Appeals Council
330 Independence Avenue
Cohen Building, Room G-644
Washington, DC 20201
(202)565-0100/Toll Free:1-866-365-8204

Docket Number: M-25-2478
OMHA Appeal Number: 3-14470343406

Black Law PA
Attn: Kelsey Black
1401 East Broward Blvd
Suite 204
Fort Lauderdale, FL 33301

NOTICE AND ORDER OF MEDICARE APPEALS COUNCIL

What This Notice Means

Enclosed is an order of the Medicare Appeals Council.

This notice and enclosed order were mailed on: November 17, 2025

Enclosure:

cc: Daniel Brandwein, DPM, PA
Beneficiary

DEPARTMENT OF HEALTH AND HUMAN SERVICES
DEPARTMENTAL APPEALS BOARD
**Medicare Appeals Council**
**Docket No. M-25-2478**

Daniel Brandwein, DPM, PA., Appellant
ALJ Appeal No. 3-14470343406

**ORDER OF MEDICARE APPEALS COUNCIL**
**GRANTING REQUEST FOR ESCALATION**

The Medicare Appeals Council (Council) received your request to escalate the above appeal to Federal district court dated October 28, 2025. The Council grants your request for escalation.[1]

The 90-day time frame for the Council to issue a decision, dismissal, or remand order has expired. See 42 C.F.R. § 405.1100(c). Due to the large number of pending appeals, the Council is unable to issue a decision, dismissal, or remand order within five calendar days of your request to escalate to Federal district court. 42 C.F.R. § 405.1132(a)(1). Under these circumstances, the regulations permit you to bypass Council review and seek review of the Administrative Law Judge's (ALJ's) decision in Federal district court. 42 C.F.R. § 405.1132(a)(2).

In order to escalate, you must file an action in Federal district court within 60 calendar days after you receive this notice. 42 C.F.R. § 405.1132(b). If you cannot file your complaint within 60 days, you may ask the Council to extend the time in which you may begin a civil action. However, the Council will only extend the time if you provide a good reason for not meeting the deadline. Your reason must be set forth clearly in your request. *Id.* § 405.1134. For calendar year 2025, the minimum amount in controversy required for judicial review is $1,900. *See id.* § 405.1136(a)(1); 89 Fed. Reg. 79294 (Sept. 27, 2024). As of the date of this order, the calendar year 2026 minimum amount in controversy required for judicial review has not been published. Daily publications to the Federal Register can be found online at https://www.govinfo.gov/app/collection/fr. If you do not file an action in Federal district court, then your appeals will remain before the Council. 42 C.F.R. § 405.1136(a)(2).

If a civil action commences, the complaint should name the Secretary of Health and Human Services as the defendant and should include the Council docket numbers and ALJ appeal numbers that you are appealing. 42 C.F.R. § 405.1136(d). The Secretary

[1] We note that the appellant requested a copy of the administrative record in its initial request for review. Should a civil action be commenced, a copy of the administrative record will be provided.

must be served by sending a copy of the summons and complaint by registered or certified mail to the General Counsel, Department of Health and Human Services, 200 Independence Avenue, S.W., Washington, D.C. 20201.

In addition, you must serve the United States Attorney for the district in which you file your complaint and the Attorney General of the United States. *See* rules 4(c) and (i) of the Federal Rules of Civil Procedure and 45 C.F.R. § 4.1.

**MEDICARE APPEALS COUNCIL**

Cristina M. Prelle
Administrative Appeals Judge

Date: November 17, 2025