**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:26-cv-60084-LEIBOWITZ**

**DR. DANIEL BRANDWEIN, DPM**,

*Plaintiff*,

*v.*

**ROBERT F. KENNEDY, JR.**,

*Defendant*.
______________________________________/

**ORDER**

The Court heard oral argument on the pending motion for preliminary injunction [ECF No. 26] on July 21, 2026, at which counsel for Plaintiff and Defendant appeared. [*See* ECF No. 38]. The Court made rulings at the July 21, 2026 hearing, which are memorialized in this Order. To the extent that the Court made additional or more detailed rulings on the record that are not memorialized in this written Order, those rulings are binding on the parties as set forth on the record.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Plaintiff shall submit a supplemental brief of no more than twenty (20) pages containing pincites to the administrative record, as discussed at the hearing, no later than August 20, 2026. Defendant shall file a supplemental brief in response of no more than twenty (20) pages no later than September 19, 2026. Plaintiff may file a reply brief of no more than ten (10) pages no later than September 29, 2026.
2. No later than July 27, 2026, the parties shall file any exhibits entered into evidence at the hearing on the docket.

3. The parties shall meet and confer concerning the unsealing of the administrative record no later than August 4, 2026. The parties shall file a motion to unseal any agreed upon portions of the administrative record no later than August 18, 2026.

4. No later than August 18, 2026, the parties shall file a joint notice setting forth disaggregated sums for each ALJ ruling, as discussed on the record at the hearing.

**DONE AND ORDERED** in the Southern District of Florida on July 22, 2026.

**DAVID S. LEIBOWITZ**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record