**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:26-cv-60084-LEIBOWITZ**

**DR. DANIEL BRANDWEIN,**
**DPM,**

*Plaintiff,*

*v.*

**ROBERT F KENNEDY, JR.,**

*Defendant.*
_________________________________/

**ORDER**

**THIS CAUSE** is before the Court upon Defendant's Unopposed Motion for Clarification [ECF No. 50] (the "Motion"). In the Motion, the Defendant requests clarification on whether discovery is permitted in this case. [*Id.* at 3]. The Court has been clear that this case will proceed on a closed administrative record. [*See generally* ECF No. 42]. There shall be no discovery permitted in this case. Upon due consideration, it is hereby **ORDERED AND ADJUDGED** that the Motion [**ECF No. 50**] is **GRANTED**.

**DONE AND ORDERED** in the Southern District of Florida on October 5, 2026.

DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record